**Order entered January 31, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00006-CV
No. 05-17-00007-CV
No. 05-17-00008-CV

**IN RE NAZARIO CHAVEZ, JR., Relator**

**Original Proceedings from the Justice Court Precinct 1 Place 1**
**Dallas County, Texas**
**Trial Court Cause No. JT-15M8400H**

## ORDER

Before the Court are relator's (1) objections to the Court's January 11, 2017 opinions dismissing these proceedings for want of jurisdiction and (2) "motion to transfer original documents and exhibits to court of appeals." We construe relator's objections as a motion for rehearing. TEX. R. APP. P. 49.1. Relator's objections and motion indicate that he believes he has appealed a November 16, 2016 final judgment rendered by the Dallas County justice court, precinct 1 place 1. This Court does not have jurisdiction to hear appeals from the justice courts. TEX. GOV'T CODE ANN. §§ 22.221(a), (b) (West Supp. 2014); *see In re Pruitt*, 05-11-01526-CV, 2011 WL 5557539, at *1 (Tex. App.—Dallas Nov. 16, 2011, no pet.). Further, there is no appeal pending in this Court regarding the judgment relator complains of, and we have no record of the filing of a notice of appeal. Accordingly, we deny the motion for rehearing and deny as moot relator's "motion to transfer original documents and exhibits to court of appeals."

/s/     DAVID J. SCHENCK
JUSTICE